Case 11-15238    Filed 07/21/11    Doc 36

2011-15238
FILED
July 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003644901

1  GLEN E. GATES #85885
   **PASCUZZI, MOORE & STOKER**
2  2377 West Shaw Avenue, Suite 201
   Fresno, California  93711
3  Telephone:  (559) 227-1100
   Facsimile:  (559) 227-1290
4
5  Attorney for: Debtor PATTY SIPHONGSAY

6              UNITED STATES BANKRUPTCY COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA
8                        * * * * *

9  PATTY SIPHONGSAY,           )   CASE NO.: 2011-15238-A-13
10                             )
                               )   DCN: GEG-2
11         Debtor,             )
                               )   Date:  June 28, 2011
12 _____ )   Time:  9:00 a.m.
                                   Dept:  A      Courtroom 11
13                                 2500 Tulare St., Fresno, CA
                                   Judge Whitney Rimel
14
15         **ORDER GRANTING MOTION TO VALUE COLLATERAL**
                            **OF GMAC**
16
    After notice and hearing, with good cause appearing, the court finds that the motion to
17
value collateral of Debtor Patty Siphongsay is granted.
18
    **IT IS ORDERED** that the motion to value the collateral of GMAC (the real property
19
commonly known as 1867 N. Megan, Clovis, California 93619) is granted. The replacement value
20
of the collateral is determined to be less than the amount of all superior liens. As such, the
21
secured claim of GMAC is determined to be wholly unsecured. Any otherwise timely and valid
22
claim filed by the creditor shall be allowed as a general unsecured claim and may be provided for
23
as a general unsecured claim in the Chapter 13 Plan.
24
25  Dated:
26  Jul 21, 2011
                                      /s/ Whitney Rimel
27                                    United States Bankruptcy Judge
28